# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Karina Burns, Administrator of the Estate of Adam Lee Burns, : : : | Case No. 2:23-cv-2143 |
| Plaintiff, : : | Judge Algenon L. Marbley |
| vs. : : | Magistrate Judge Chelsey M. Vascura |
| Polaris Inc., *et al.*, : : | |
| Defendants. : | |

## AGREED ENTRY OF DISMISSAL WITH PREJUDICE

This Court, having been informed that the parties have resolved this matter, dismisses this entire action with prejudice pursuant to the parties' agreement and Fed. R. Civ. P. 41(a)(2). This Court retains jurisdiction solely to enforce the terms of the parties' settlement agreement.

**IT SO ORDERED**.

_____
ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**Dated: July 15, 2025**

*Agreed:*

| | |
|---|---|
| /s/ Barton R. Keyes | /s/ Ryan S. Babiuch (per email auth.) |
| Barton R. Keyes  (0083979) | Michael L. Snyder  (0040990) |
| bartk@cooperelliott.com | mike.snyder@nelsonmullins.com |
| Sean R. Alto  (0087713) | Ryan S. Babiuch  (0094025) |
| seana@cooperelliott.com | ryan.babiuch@nelsonmullins.com |
| Cooper Elliott | Nelson Mullins Riley & Scarborough, LLP |
| 305 West Nationwide Boulevard | 1100 Superior Avenue, Suite 200 |
| Columbus, Ohio 43215 | Cleveland, Ohio 44114 |
| (614) 481-6000 | (216) 304-6171 |
| (614) 481-6001 (Facsimile) | (216) 553-4275 (Facsimile) |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants Polaris, Inc., Polaris |
| Karina Burns Administrator | Industries, Inc., and Polaris Sales, Inc. |
| of the Estate of Adam Lee Burns | |